**STATE of Missouri, Respondent,**

v.

**Gerald W. GARRETT, Appellant.**

No. 70109.

Missouri Court of Appeals,
Eastern District,
Division One.

March 11, 1997.

Judith C. LaRose, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Gerald W. Garrett, appeals the judgment of conviction entered by the Circuit Court of the County of St. Louis after a jury found him guilty of second degree robbery, RSMo § 569.030,[1] two counts of misdemeanor resisting arrest, RSMo § 575.150, leaving the scene of an accident, RSMo § 577.060, felony resisting arrest, RSMo § 575.150, first degree assault of a law enforcement officer, RSMo § 565.081.1, and armed criminal action, RSMo § 571.015. We affirm.

We have reviewed the briefs of the parties and the legal file and find the trial court's judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would

serve no jurisprudential purpose, we affirm the trial court pursuant to Rule 30.25(b).